*ENTER*

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   PAUL ADAMS,                      )   CASE NO. CV 07-6820-SJO (PJW)
                                      )
11                  Plaintiff,        )
                                      )
12             v.                     )   ORDER ACCEPTING REPORT AND
                                      )   ADOPTING FINDINGS, CONCLUSIONS,
13   MICHAEL GOTTLIEB, et al.,        )   AND RECOMMENDATIONS OF UNITED
                                      )   STATES MAGISTRATE JUDGE
14                  Defendants.       )
     _____)
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17   Complaint, the records on file, and the Report and Recommendation of

18   United States Magistrate Judge and has considered *de novo* the portions

19   of the Report as to which objections have been filed.  The Court

20   accepts the Magistrate Judge's Report and adopts it as its own

21   findings and conclusions.

22

23        DATED:      7/17/01      .

24

25

26                              _____
                                S. JAMES OTERO
27                              UNITED STATES DISTRICT JUDGE

28   S:\PJW\Cases-Civil Rights\ADAMS, P 6820\Order accep r&r.wpd