JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL GOTTLIEB, et al.,<br><br>    Defendants. | Case No. CV 07-6820-SJO (PJW)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 7/17/08.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\ADAMS, P 6820\Judgment.wpd